KENSINGTON SECURITY BANK AND TRUST COMPANY, a Pennsylvania Corporation, Respondent, v. SEASHORE AND SUBURBAN REALTY CORPORATION, a Foreign Corporation, and Others, Defendants; JAMES L. PENNEY, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when

reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.